Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>MARK BATTLES,<br>Defendant. | Docket Number: 6:19-mj-0005-JDP<br><br>**MOTION TO VACATE REVIEW HEARING; AND ORDER THEREON** |

The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for February 25, 2020. To date, Defendant has complied with all the terms of unsupervised probation and paid his fine of $1,000, as ordered by this Court on March 19, 2019.

.

Dated: February 18, 2020

/S/ Susan St. Vincent
Susan St. Vincent
Legal Officer
Yosemite National Park

ORDER

Upon application of the United States, good cause having been shown therefor, IT IS HEREBY ORDERED that the review hearing scheduled for February 25, 2020 in the above-referenced matter, *United States v. Battles*, 6:19-mj-0005-JDP, is vacated.

IT IS SO ORDERED.

Dated: February 21, 2020

UNITED STATES MAGISTRATE JUDGE